IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HARRISON, et al. | ) | CASE NO.: 1:20-cv-01830 |
| | ) | |
| Plaintiff | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| PINPOINT PAINTING, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND APPROVAL OF
NOTICE OF COLLECTIVE ACTION WAGE LAWSUIT
WITH OPT-IN NOTICE**

---

The parties respectfully and jointly move the Court to approve the proposed

Settlement reached by the parties and memorialized in the Joint Stipulation of Settlement

and Release ("Settlement") attached as Exhibit 1. The Settlement seeks to resolve all

individual and collective wage-and-hour claims that were or could have been brought in this

Action.

If approved by the Court, the Settlement will provide settlement payments to the

Named Plaintiff and Opt-Ins representing a substantial percentage of the potential value of

their claims. The parties respectfully submit that the proposed Settlement is fair, reasonable,

and adequate, and satisfies the criteria for approval under § 216(b) of the FLSA.

The following settlement documents are respectfully submitted for approval or entry

by the Court:

Exhibit 1: *Joint Stipulation of Settlement and Release*;

Exhibit 2: Exhibit A to *Joint Stipulation of Settlement and Release* – Notice of Collective Action Wage Lawsuit, with Opt-In Notice

Exhibit 3: Exhibit B to *Joint Stipulation of Settlement and Release* – Individual Payment Schedule

Plaintiffs and Defendants also jointly move for the Court to approve the proposed

Notice of Collective Action Wage Lawsuit, with Opt-In Notice, attached to as Exhibit 1 and

which is also referenced as, and will be attached as, Exhibit A to the Settlement.

Respectfully submitted,

s/ Alan I. Goodman
Alan I. Goodman (0012660)
agoodman@AIGLAW.com
55 Public Square, Suite 1330
Cleveland, OH 44113
216-456-2486
Fax: 216-456-2487

*Counsel for Plaintiffs*

s/ Jonathan T. Hyman
Jonathan T. Hyman (0068812)
jhyman@meyersroman.com
MEYERS, ROMAN, FRIEDBERG &
    LEWIS
Eton Tower
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Phone: (216) 831-0042
Fax: (216) 831-0542

*Counsel for Defendants*