The Court grants motion for approval of settlement and approval of notice 2/25/2021
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD HARRISON, et al. | ) | CASE NO.: 1:20-cv-01830 |
| Plaintiff | ) | JUDGE: JAMES S. GWIN |
| vs. | ) | |
| PINPOINT PAINTING, LLC, et al. | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE OF COLLECTIVE ACTION WAGE LAWSUIT WITH OPT-IN NOTICE**

The parties respectfully and jointly move the Court to approve the proposed Settlement reached by the parties and memorialized in the Joint Stipulation of Settlement and Release ("Settlement") attached as Exhibit 1. The Settlement seeks to resolve all individual and collective wage-and-hour claims that were or could have been brought in this Action.

If approved by the Court, the Settlement will provide settlement payments to the Named Plaintiff and Opt-Ins representing a substantial percentage of the potential value of their claims. The parties respectfully submit that the proposed Settlement is fair, reasonable, and adequate, and satisfies the criteria for approval under § 216(b) of the FLSA.

The following settlement documents are respectfully submitted for approval or entry by the Court:

Exhibit 1: *Joint Stipulation of Settlement and Release*;