The Court approves stipulated dismissal with prejudice 7/26/2021. The Court retains jurisdiction to enforce terms of settlement.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DONALD HARRISON, ET AL. | CASE NO. 1:20-cv-01830 |
| Plaintiffs | JUDGE JAMES S. GWIN |
| vs. | |
| PINPOINT PAINTING, LLC, ET AL. | **STIPULATED NOTICE OF DISMISSAL, WITH PREJUDICE** |
| Defendants | |

* * * *

NOW COME, Plaintiffs Donald Harrison, Michael Harrison, and all opt-in class members, and Defendants Pinpoint Painting, LLC, Doug Rahmy and Zach Forsythe ("Parties"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. Civ. Rule 41(a)(1)(a)(ii), hereby state that each and the Parties every claim by the Parties are hereby voluntarily dismissed with prejudice and the case is hereby settled and resolved. The Court shall retain jurisdiction as necessary to enforce the settlement.